IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:15-CV-9-H

RICHARD COLEMAN,  )
                  )
    Plaintiff,    )
                  )
                  )
    v.            )
                  )
                  )                ORDER
CONNIE JAMES THORNLEY, Clerk )
Pasquotank County Superior   )
Court, WENDY STOEKLY,        )
Assistant Clerk, M.H. HOOD   )
ELLIS, Attorney, and JERRY
TILLETT, Judge,

    Defendants.

This matter is before the court for frivolity review. United States Magistrate Judge Kimberly A. Swank filed an Order and Memorandum and Recommendation ("M&R") ordering that plaintiff's motion to proceed in forma pauperis be granted and recommending that the complaint be dismissed in its entirety. Plaintiff has filed no objections to the M&R, and the time for doing so has expired.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved.

Accordingly, the court adopts the recommendation of the magistrate judge as its own and for the reasons stated therein, this action is DISMISSED in its entirety for lack of jurisdiction or in the alternative for failure to state a claim upon which relief can be granted. The clerk is directed to close the case.

This 22ᵐ day of September 2015.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26